## WIDOW L. FOURCHER *v.* DAY, KLEIN & Co. et al.

Payments made in anticipation to contractors are considered as not made, so far as the rights of workmen and furnishers of materials are concerned. C. C. 2745.

APPEAL from the Fourth District Court of New Orleans, *Strawbridge*, J. *H. Griffon*, for appellant. *Collins*, *Denégre*, and *Race* and *Foster*, for appellees. The judgment of the court (*Preston*, J. recusing himself, having been of counsel in the case,) was pronounced by

SLIDELL, J. We concur with the district judge in the opinion, that the payments made by the plaintiff in anticipation, are to be considered as not made with regard to the defendants, workmen and furnishers of materials. C. C. 2745. Act of 1844, sec. 6, p. 35.

The judgment of the district court is therefore affirmed, with costs.